UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5231 CJC (RZ) | Date | **July 29, 2013** |
|---|---|---|---|
| Title | **JOE ANTHONY TOLEDO v. THE PEOPLE ETC.** | | |

| Present: The Honorable | **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE** |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     (In Chambers)
**ORDER (1) DISMISSING PETITION WITH LEAVE TO AMEND AND (2) DIRECTING CLERK TO MAIL FORM CV-69 TO PETITIONER**

Petitioner has presented a habeas petition with a single claim of erroneously-admitted evidence, but he does not specify the evidence at issue and, thus, cannot explain why admitting it was error. (In his direct appeal, he asserted two such claims, one challenging gang-related and uncharged-murder evidence and another challenging admission of Petitioner's statements to police. *See People v. Toledo*, No. B220510, 2012 WL 233625 (Cal. Ct. App. 2d Dist. 2012), at *2-*7.  If he wishes to reassert one or both of these claims here, then he must do so plainly.)

Petitioner also has used a state-court form instead of this Court's required habeas form. *See* CIV. L.R. 83-16.

Finally, Petitioner fails to name a proper Respondent, namely the warden of his prison. *See Rumsfeld v. Padilla*, 542 U.S. 426, 124 S. Ct. 2711, 159 L. Ed. 2d 513 (2004).

For the foregoing reasons, the initial petition is DISMISSED with leave to amend within 30 days of the date of this Order.  If Plaintiff fails to submit a First Amended Petition correcting the current flaws within the time limit, then this action may be dismissed.

The Clerk shall mail Petitioner a copy of form CV-69 with a copy of this Order.

IT IS SO ORDERED.

Attachment: Form CV-69

:
Initials of Preparer     ib