**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANTHONY TOLEDO,<br><br>        Petitioner,<br><br>  vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | CASE NO. CV 13-05231 CJC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 11/12/13

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE