**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANTHONY TOLEDO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | CASE NO. CV 13-05231 CJC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOE ANTHONY TOLEDO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to prosecute.

DATED: 11/12/13

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE